FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 23 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiff

PacerMonitor.com
Harros LLC
Joe Rosen

Defendant

**CV 14  3912**

**VITALIANO, J.**

**BLOOM, M.J.**

I. Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355

Defendants PacerMonitor.com, Harros LLC and Joe Rosen reside at 400 Madison Avenue # 3, New York, NY 10017

II. The jurisdiction of the Court is invoked pursuant to 28 U.S. Code § 4101.
III. PacerMonitor.com, which is owned by Joe Rosen of Harros LLC has unlawfully published my address on their website:

https://www.pacermonitor.com/public/case/3746119/Eng_v_Captain_Blue_Hen_Comics

The above link has my address under the tab labeled "Parties."

I wrote them two emails instructing them to remove this information. They did not comply. Ergo, I am filing this lawsuit.

IV. I am seeking $10,000,000 in damages from all parties named above.

June 19, 2014

*Kenneth Eng*

917-573-9453